IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS MONTALBO,<br><br>Debtor.<br><hr>SILVERTON CASINO, LLC,<br><br>Garnishee. | Case No. 2:24-MC-00173-DAD-DB<br><br>[~~PROPOSED~~] **ORDER TERMINATING WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:16-CR-00092-JAM |

The Court, having carefully reviewed the file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on April 30, 2024, is hereby TERMINATED; and

///

///

///

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: July 12, 2024

DLB7
mont24mc173.garn.term

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE